UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JOSEPH KEITH and EVA KEITH, Individually
and on behalf of the ESTATE OF TIMOTHY KEITH,
                Plaintiffs,

            - against -

AUTUMN CAB CORP, A New York Corporation;
And NYC TAXI GROUP INC, a New York Corporation
                Defendants.
-----------------------------------------------------------------------X

Index No.: 13 CV 07137
JUSTICE HUGH

**STIPULATION OF DISCONTINUANCE**

**IT IS HEREBY STIPULATED**, by and between the undersigned, counsel of record for the relevant parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a guardian of the property or the person has been appointed, and no person not a party hereto has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice, without costs or attorneys' fees to any party.  Facsimile copies shall be deemed original.

Dated: Brooklyn, New York
       January 29, 2014

_____
Marjorie E. Bornes, Esq.
Attorney for Defendants
*Autumn Cab Corp.* and NYC *Taxi Group Inc.*
One MetroTech Center North, 8th Floor
Brooklyn, New York 11201
(212) 857-8252

_____
Jeffery Todd Embry, Esq
Hossley & Embry, LLC
Attorneys for *Plaintiffs*
320 South Broadway, Suite 100
Tyler, Texas 75702